Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–12967–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mireille Gant
   7 Bunker Hill Rd.
   Lawrenceville, NJ 08648

Social Security No.:
   xxx–xx–9926

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/10/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 11, 2018
JAN: kmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-12967-MBK
Mireille Gant                                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2                   Date Rcvd: Oct 11, 2018
                              Form ID: 148               Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db            +Mireille Gant,   7 Bunker Hill Rd.,    Lawrenceville, NJ 08648-2801
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
516941087     +Aaron's Bail Bonds,    90 Broadway,    Paterson, NJ 07505-1107
515340334     +Credit Card Center,    PO Box 631,    Amarillo, TX 79105-0631
515340338     +DSRM National Bank,    PO Box 631,    Amarillo, TX 79105-0631
515677057     +Deutsche Bank National Trust Co, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
515340339     +FMA Alliance Ltd.,    12339 Cutten Rd.,    Houston, TX 77066-1807
515340340     +JTV Preferred Account,    9600 Parkside Drive,    Knoxville, TN 37922-2201
515340343     +Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516941089     +S. Robert Cygan, Esq.,    PO Box 809,    Caldwell, NJ 07007-0809
515340344     +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
515471610     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
515340345     +Superior Court of New Jersey - Mercer,    Special Civil Part,    PO Box 8068,
                Trenton, NJ 08650-0068
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:33      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515340330     +E-mail/Text: mpieslak@trafgroup.org Oct 11 2018 23:34:08      A-1 Collection Service,
                101 Grover's Mill Rd.,    Suite 303,    Lawrence Township, NJ 08648-4706
515441369     +EDI: ATLASACQU.COM Oct 12 2018 03:13:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
515395159     +E-mail/Text: bncmail@w-legal.com Oct 11 2018 23:33:41      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515379604      E-mail/Text: bankruptcy@cunj.org Oct 11 2018 23:33:23      Credit Union of New Jersey,
                1301 Parkway Avenue,    Ewing, NJ 08628
515340336      E-mail/Text: bankruptcy@cunj.org Oct 11 2018 23:33:23      Credit Union of New Jersey,
                7 Dunmore Ave.,    Trenton, NJ 08618
515340331     +EDI: WFNNB.COM Oct 12 2018 03:13:00      Comenity Capital/HSN,    PO Box 182120,
                Columbus, OH 43218-2120
515340332     +EDI: WFNNB.COM Oct 12 2018 03:13:00      Comenity Capital/HSNMC,    PO Box 182120,
                Columbus, OH 43218-2120
515340333     +EDI: CBS7AVE Oct 12 2018 03:13:00      Country Door,    1112 7th Ave.,   Monroe, WI 53566-1364
515340335     +EDI: RCSFNBMARIN.COM Oct 12 2018 03:13:00      Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
515340337     +EDI: TSYS2.COM Oct 12 2018 03:13:00      DSNB/Bloomingdales,    PO Box 8218,
                Mason, OH 45040-8218
515366687     +EDI: TSYS2.COM Oct 12 2018 03:13:00      Department Stores National Bank For Bloomingdales,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
515563605      EDI: RESURGENT.COM Oct 12 2018 03:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
515340341     +EDI: AGFINANCE.COM Oct 12 2018 03:13:00      Onemain Financial,    6801 Colwell Blvd.,
                C/S Care Dept.,    Irving, TX 75039-3198
515571493      EDI: PRA.COM Oct 12 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                POB 41067,    Norfolk VA 23541
515571474      EDI: PRA.COM Oct 12 2018 03:13:00      Portfolio Recovery Associates, LLC,
                c/o JC Penney Credit Card,    POB 41067,    Norfolk VA 23541
515571479      EDI: PRA.COM Oct 12 2018 03:13:00      Portfolio Recovery Associates, LLC,
                c/o One Main Financial Holdings, Inc.,    POB 41067,    Norfolk VA 23541
515572467      EDI: PRA.COM Oct 12 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Qcard,
                POB 41067,    Norfolk VA 23541
515340342     +E-mail/Text: ebn@vativrecovery.com Oct 11 2018 23:33:07      Palisades Collection LLC,
                210 Sylvan Way,    Englewood Cliffs, NJ 07632-2510
515358455      EDI: Q3G.COM Oct 12 2018 03:13:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA 98083-0788
515340346     +EDI: RMSC.COM Oct 12 2018 03:13:00      SYNCB/Lor & Taylor,    PO Box 965015,
                Orlando, FL 32896-5015
515340347     +EDI: RMSC.COM Oct 12 2018 03:13:00      SYNCB/QVC,    PO Box 965018,   Orlando, FL 32896-5018
515340348     +EDI: RMSC.COM Oct 12 2018 03:13:00      Synchrony Bank/JC Penney,    PO Box 965007,
                Orlando, FL 32896-5007
515340351     +EDI: WFFC.COM Oct 12 2018 03:13:00      WFNNB/Raymour & Flanigan,    800 Walnut St.,
                Des Moines, IA 50309-3605
515377345     +EDI: WFFC.COM Oct 12 2018 03:13:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                Des Moines, IA 50306-0438
515340349     +EDI: WFFC.COM Oct 12 2018 03:13:00      Wells Fargo Card Service,    PO Boxx 14517,
                Des Moines, IA 50306-3517
515532733     +EDI: WFFC.COM Oct 12 2018 03:13:00      Wells Fargo Card Services,    1 Home Campus,   3rd Floor,
                Des Moines, IA 50328-0001
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Oct 11, 2018
                              Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515340350       +EDI: WFFC.COM Oct 12 2018 03:13:00      Wells Fargo Financial National Bank,    PO Box 7510,
                 Urbandale, IA 50323-7510
                                                                                                  TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516941088*      +Aaron's Bail Bonds,    90 Broadway,    Paterson, NJ 07505-1107
516941090*      +Superior Court of New Jersey - Mercer,    Special Civil Part,    PO Box 8068,
                 Trenton, NJ 08650-0068
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin P. Diskin    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@McCalla.com
              Laurence R. Sheller    on behalf of Debtor Mireille   Gant laurence.sheller@gmail.com
              Lynn Therese Nolan    on behalf of Creditor    Specialized Loan Servicing LLC servicer for Deutsche
               Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust
               ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A rsolarz@kmllawgroup.com
                                                                                                  TOTAL: 8
```